# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Lesman Instrument Co | 11/30/2022 | Wire | $ 4,736.77 |
| Akorn Operating Company, LLC | Lesman Instrument Co | 12/9/2022 | Wire | $ 4,228.20 |
| Akorn Operating Company, LLC | Lesman Instrument Co | 2/14/2023 | Wire | $ 28,284.98 |
| | | | | $ 37,249.95 |